IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERT CARL LEIFESTER, #938468 | § § § | |
| v. | § § | CIVIL ACTION NO. G-03-929 |
| | § § | |
| NATHANIEL QUARTERMAN, DIRECTOR OF TDCJ-CID | § § | |

## **ORDER**

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on January 25, 2007. Petitioner has filed his Objections in a timely manner.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that Petitioner's Objections are without merit and that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Robert Carl Leifester (Instrument No. 1) is **DISMISSED**.

**DONE** at Galveston, Texas this 8th day of March, 2007.

_____
Samuel B. Kent
United States District Judge