IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| ROBERT CARL LEIFESTER, #938468 | § § § § |
| v. | §  CIVIL ACTION NO. G-03-929 |
| | § § § |
| NATHANIEL QUARTERMAN, DIRECTOR OF TDCJ-CID | § § |

**FINAL JUDGMENT**

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 8th day of March, 2007.

_____
Samuel B. Kent
United States District Judge